UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON AS A TRUSTEE OF THE
LOCAL 272 LABOR MANAGEMENT
PENSION FUND,

                    Plaintiffs,

             v.

CENTERPARK SERVICES LLC, et al.,

                    Defendants.

23-CV-9362 (DEH)

ORDER

DALE E. HO, United States District Judge:

The hearing scheduled for March 5, 2024, at 3:00 p.m. EST is RESCHEDULED to

**March 5, 2024, at 10:30 a.m. EST.**   It is ORDERED that Defendants appear and show cause

before this Court on March 5, 2024, at 10:30 a.m. EST, why an order should not be issued

granting a default judgment against Defendants.  Unless and until the Court orders otherwise, the

conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's

Individual Rules and Practices in Civil Cases. The parties should join the conference by calling

the Court's dedicated conference line at (646) 453-4442 and using access code 700 215 383,

followed by the pound (#) key.

It is further ORDERED that Plaintiffs serve Defendants via Federal Express overnight

with a copy of this Order and file proof of service by **March 1, 2024**.

SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                          DALE E. HO
                              United States District Judge