

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

**HABBA MADAIO**
& Associates LLP

The Motion for Default Judgment, ECF No.16, is DENIED as moot. The conference scheduled for March 5, 2024 is **canceled**. *See* ECF No. 25.

Counsel for all parties shall appear for an initial pretrial conference with on **April 2, 2024, at 11:30 a.m. ET**. The conference will be held on Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 653 075 054. The IPTC materials as described at ECF No. 6, are due **March 26, 2024**.

The Clerk of Court is respectfully requested to close ECF Nos. 16 and 26.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: March 1, 2024
New York, New York

February 29, 2024

**VIA ECF**
The Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Alston v. Centerpark Services LLC*
        Civil Case No.: 23-CV-9362 (DEH)

Dear Judge Ho:

        Please be advised that my office represents the defendants, Centerpark Services LLC, Centerpark Management LLC, and Centerpark, LLC (collectively "Defendants") in the above-referenced action. In accordance with Rule 2(e) of Your Honor's Individual Practices, please accept this letter motion seeking: (i) a twenty-one (21) day extension of Defendant's time to oppose Plaintiff's motion for default judgment (the "Default Motion") (ECF 16); and (ii) a thirty (30) day adjournment of the Default Motion return date and deadline to submit a proposed case management plan. I have conferred with Plaintiff's counsel, Jeffrey Dubin, and he has graciously consented to both requests.

        First, pursuant to Your Honor's Order dated February 14, 2024 (ECF 22), Defendant's opposition to the Default Motion was due on February 26, 2024. Defendants respectfully request a twenty-one day extension of that deadline, *i.e.*, until March 18, 2024. My firm was just retained today to appear in this action, and we have not yet had the opportunity to review the record fully, so I would respectfully ask for this additional time to prepare our opposition papers. I also hope to use this added time to explore with Plaintiff's counsel the possibility of a resolution of this matter without the need for further proceedings.

        Second, Defendants also seek a thirty day adjournment of all other deadlines relating to the Default Motion, including: extending the parties time to submit a proposed case management plan from February 27, 2024 until March 28, 2024; and adjourning the Default Motion return date from March 5, 2024 until April 1, 2024, or any subsequent date that is acceptable to the Court. Mr. Dubin has advised me that he is not available on April 3 or April 9.

        This is the first time any of the above relief has been sought. We thank the Court for its attention to this matter.

        Respectfully submitted,

        Michael T. Madaio, Esq.
        For HABBA MADAIO & ASSOCIATES LLP