UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED ALSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>CENTERPARK SERVICES, LLC.,<br><br>        Defendant. | 23 Civ. 9362 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On March 26, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **April 2, 2024, at 11:30 a.m. EST**. In the proposed case management conference, parties indicated that they consented conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without any adverse substantive consequences. If parties do not consent, parties shall file a proposed case management conference with updated Sections 1 and 4(b) by **March 29, 2024**.

  But if all parties consent, by **March 29, 2024**, the parties shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf

  SO ORDERED.

Dated: March 28, 2024
    New York, New York

                    _____
                       DALE E. HO
                    United States District Judge